IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  Cr. No. 3:17CR033

BOBBY FRED WILLIAMSON, ET AL.

### ORDER

This matter is before this Court on the Motion to Partially Vacate Post-Indictment Restraining Order [#73] filed the United States of America. The Court finds the motion well-taken and that is should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, THAT:

The Restraining Order previously entered in this cause on March 31, 2017, is partially VACATED. **CB&S Bank Savings No. xxxx7826** is no longer subject to the restrictions imposed by the March 31, 2017 Restraining Order. The terms of the March 31, 2017, Restraining Order remain in full force and effect with respect to **CB&S Bank Checking No. xxxxxx8588.**

So ORDERED this 19th day of June, 2017.

Honorable Sharion Aycock
Chief United States District Court Judge